FARMERS' RELIANCE MUTUAL INSURANCE COMPANY, Respondent, *v.* THE LANE CONSTRUCTION CORPORATION, Appellant.

JOSEPH W. PORTER et al., Respondents, *v.* THE LANE CONSTRUCTION CORPORATION, Appellant.

*Negligence — fire — action to recover loss from burning of barn through negligence.*

*Farmers' R. M. Ins. Co.* v. *Lane Construction Co.*, 212 App. Div. 528, affirmed.

*Porter* v. *Lane Construction Co.*, 212 App. Div. 528, affirmed.

(Submitted November 19, 1926; decided December 3, 1926.)

APPEAL, in each of the above-entitled actions, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 17, 1925, unanimously affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury. The first action was to recover the amount of fire insurance paid by plaintiff owing to destruction of a barn by fire alleged to have been caused by the negligence of defendant. The second action was to recover the difference between the amount of insurance so paid and the value of the building and its contents so destroyed.

*James O. Sebring* for appellant.

*H. C. Mandeville* and *E. W. Personious* for Farmers' Reliance Mutual Insurance Company, respondent.

*H. C. Harpending* and *H. B. Harpending* for Joseph W. Porter et al., respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.